# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

February 12, 2014

Lyle W. Cayce
Clerk

No. 13-40387

In the Matter of:  MARY HARP SHANKLES, doing business as Red River Reporter,

Debtor

------------------------------

MARK ASHER WEISBART, U.S. Trustee; HYNDS & GORDON, P.C.; DAVID N. MCNEES, doing business as Law Office of David N. McNees,

Appellees

v.

MARY HARP SHANKLES, doing business as Red River Reporter,

Appellant

Appeal from the United States Bankruptcy Court
for the Eastern District of Texas
Bankruptcy No. 11-43075

Before STEWART, Chief Judge, and GARZA and SOUTHWICK, Circuit Judges.

PER CURIAM:*

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-40387

Because we agree with the bankruptcy court that Mary Harp Shankles obtained a "vested economic interest" in her homestead property only by the 2009 distribution deed, we affirm. *Wallace v. Rogers (In re Rogers)*, 513 F.3d 212, 223 (5th Cir. 2008). We further agree with the bankruptcy court that any relevant prior deeds, conveyances, or agreements were rendered null and void *ab initio,* and that parties cannot contract around the 11 U.S.C. § 522(p)(1) 1,215-day "look-back" period.

AFFIRMED.